```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                  CASE NO. 06 B 14303
    SHARON POSKIN
                                        CHAPTER 13

                                        JUDGE: SUSAN PIERSON SONDERBY
         Debtor
    SSN XXX-XX-6264

--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 11/02/2006 and was confirmed 12/21/2006.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was paid in full 11/26/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------
FORD MOTOR CREDIT        SECURED VEHIC      14075.00         732.24      14075.00
FORD MOTOR CREDIT        UNSECURED            423.69            .00        423.69
CHICAGO HEIGHTS CREDIT U SECURED                 .00            .00            .00
CHICAGO HEIGHTS CREDIT U PRIORITY            1596.35            .00       1596.35
B-REAL LLC               UNSECURED           9230.31            .00       9230.31
DISCOVER FINANCIAL SERVI UNSECURED          10220.74            .00      10220.74
LVNV FUNDING LLC         UNSECURED           2854.93            .00       2854.93
STATE FARM BANK          UNSECURED           9739.85            .00       9739.85
SUSAN C KLAWITTER        UNSECURED           2904.00            .00       2904.00
URBAN & BURT LTD         DEBTOR ATTY            .00                           .00
TOM VAUGHN               TRUSTEE                                         3,693.22
DEBTOR REFUND            REFUND                                            274.61

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                   RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE           55,744.94

PRIORITY                                     1,596.35
SECURED                                     14,075.00
    INTEREST                                   732.24
UNSECURED                                   35,373.52
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                         3,693.22
DEBTOR REFUND                                  274.61
                  --------------         --------------
TOTALS            55,744.94                 55,744.94


              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 06 B 14303 SHARON POSKIN
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/27/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

                              PAGE   2
      CASE NO. 06 B 14303 SHARON POSKIN